IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**AARON TAYLOR GOODE,**

Petitioner,

v.

**JASON SCHULTZ, Warden,**

Respondent.

Case No. 3:26-cv-00854-CRB

[PROPOSED] ORDER

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until August 14, 2026, to file its response to the petition for writ of habeas corpus.  If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on Respondent's counsel on or before September 13, 2026.

Dated:    June 25, 2026

The Honorable Charles R. Breyer

1

[Proposed] Order (3:26-cv-00854-CRB)